# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JOHNNY MICHAEL GIBSON JR.,

    Plaintiff,

v.

RICK RAEMISCH - Secretary of Dept.
Of Corrections, BUREAU OF OFFENDER
CLASSIFICATION,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-322-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin

by Deputy Clerk

_____6/15/09_____
Date